fusing to vacate the ex parte order should be reversed, and the ex parte order vacated and set aside, with $10 costs. All concur, except ROBSON, J., who dissents, and SPRING, J., not sitting.

---

KLEINERT & ROSENBLUTH, Inc., v. GLUCKSMAN.

(Supreme Court, Appellate Term. November 11, 1910.)

APPEAL AND ERROR (§ 1169*)—RIGHT TO TRIAL.

  Where plaintiff was not given a trial or hearing, the judgment dismissing the complaint will be reversed, and a new trial ordered.

  [Ed. Note.—For other cases, see Appeal and Error, Dec. Dig. § 1169.*]

Appeal from Municipal Court, Borough of Manhattan, Sixth District.

Action by Kleinert & Rosenbluth, Incorporated, against Eugene Glucksman. From a judgment dismissing the complaint, plaintiff appeals. Reversed, and new trial granted.

Argued before SEABURY, PAGE, and BIJUR, JJ.

Burnham Kalisch, for appellant.
Jacob Friedman, for respondent.

PER CURIAM. It appears from the record that the plaintiff was not accorded a trial or hearing. Under these circumstances, the judgment is reversed, and a new trial granted, with costs to abide the event.

---

(69 Misc. Rep. 34.)

PEOPLE ex rel. VON DEHSEN v. McKEE, Special Deputy Excise Com'r.

(Supreme Court, Special Term, New York County. September, 1910.)

MANDAMUS (§ 3*)—WHEN LIES—REFUSAL TO ISSUE LIQUOR LICENSE.

  Where a statute gives a remedy to enforce performance of a duty imposed by it, that remedy is exclusive; and where Liquor Tax Law (Consol. Laws, c. 34) § 27, authorizes certiorari to review action of an excise officer in refusing to issue a liquor certificate, mandamus will not lie, though the act sought to be reviewed is a ministerial and not a judicial one.

  [Ed. Note.—For other cases, see Mandamus, Cent. Dig. §§ 8, 27; Dec. Dig. § 3.*]

Application by the People, on the relation of Charles H. Von Dehsen, for a writ of mandamus against Moses H. McKee, Special Deputy Commissioner of Excise for the Boroughs of Manhattan and the Bronx. Motion denied.

Application for peremptory writ of mandamus.

Frederick Durgan, for relator.
Herbert H. Kellogg, for respondent.

PAGE, J. This is a motion for a peremptory writ of mandamus, requiring the special deputy commissioner of excise of the boroughs of Manhattan and the Bronx to issue to the relator a liquor tax certificate for premises 2149–2158 Eighth avenue.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes